# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

PHILIP F. FISHER,

    Petitioner,

v.

WARDEN G. SWANEY,

    Respondent.

2:24-cv-122

## ORDER

Respondent filed a Motion to Dismiss on January 31, 2025. Dkt. No. 12. On February 5, 2025, the Magistrate Judge granted Petitioner's Motion to Amend. Dkt. No. 14. The Clerk of Court docketed Petitioner's Amended Petition. Dkt. No. 15. In light of these circumstances, I **DENY as moot** Respondent's Motion. Respondent shall have 21 days from the date of this Order to file a responsive pleading to Petitioner's Amended Petition.

**SO ORDERED**, this 10 day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA