AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JUDGMENT IN A CIVIL CASE

PHILIP F. FISHER,

Petitioner.

v.

CASE NUMBER:  2:24-cv-122

WARDEN, FCI JESUP,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered July 2, 2026, the Magistrate Judge's Report and Recommendation is adopted, as supplemented, as the opinion of the Court.  Therefore, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 amended petition is denied as moot. Additionally, Petitioner is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Date    July 2, 2026

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020